No. 320. ILLINOIS CENTRAL RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* MRS. MARSHALL LANIS, ADMINISTRATRIX OF MARSHALL LANIS, DECEASED. In error to the Supreme Court of the State of Louisiana. Motion to dismiss or affirmed submitted March 11, 1918. Decided March 18, 1918. *Per Curiam.* Judgment affirmed with costs upon the authority of *Missouri, Kansas & Texas Ry. Co. v. Wulf*, 226 U. S. 570, 576; *Illinois Surety Co. v. United States*, 240 U. S. 214, 221; *Seaboard Air Line Ry. v. Renn*, 241 U. S. 290, 293–294. *Mr. Gustave Lemle, Mr. Hunter C. Leake, Mr. Blewett Lee* and *Mr. R. V. Fletcher* for plaintiff in error. *Mr. Girault Farrar* for defendant in error.

---

No. —, Original. *Ex parte:* IN THE MATTER OF WILLIAM H. BLYMYER, PETITIONER. Submitted March 4, 1918. Decided March 18, 1918. Motion for leave to file a petition for writ of mandamus denied. *Mr. William H. Blymyer pro se.*

---

No. 115. GRAND TRUNK WESTERN RAILWAY COMPANY, APPELLANT, *v.* UNITED STATES. Appeal from the Court of Claims. Argued March 21, 1918. Decided March 25, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 242, Judicial Code. *Mr. L. T. Michener* for appellant. *Mr. Assistant Attorney General Thompson* for the United States.